## AFFIDAVIT OF FBI S/A PAUL W. BROWN

I, Paul W. Brown, being duly sworn, do hereby state as follows:

### I. Introduction

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Bedford, New Hampshire Resident Agency Office. I have been employed as such since January, 2006. My employment with the FBI has vested me with the authority to investigate violations of federal laws, including violations of Title 18, United States Code, Section 2113(a), bank robbery. I have been assigned to investigate the November 8, 2005, robbery of the Members First Credit Union, 200 Union Street, Manchester, New Hampshire, a credit union whose deposits are insured by the National Credit Union Administration Board.

2.  I submit this affidavit in support of an application for an arrest warrant and criminal complaint charging Joan DiBartolo, [redacted] with Bank Robbery in violation of Title 18, United States Code, Section 2113(a).

3.  The information contained in this affidavit is based upon my experience and training as a Special Agent, personal observations and knowledge, my conversations with other investigators assigned to this investigation, as well as witness interviews and my review of relevant reports.

4.  This affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of an arrest warrant. Accordingly, while this affidavit contains all the material information known to investigators that is pertinent to the requested arrest warrant, it does not include each and every fact known to me and other

investigators resulting from the investigation.

## II. <u>Facts</u>

5. On November 8, 2005, an unidentified female (hereafter referred to as "the robber") entered Members First Credit Union, 200 Union Street, Manchester, New Hampshire, and presented the teller with a note, which read, "I have a gun. Put the money in the bag. If I have to I will shoot you. Thank you!" The robber then instructed the teller as follows: "Do what the note says. I have a gun. Don't make me use it." While the teller was reading the note, the robber handed her a bag and told her, "Put the money in the bag. Don't make me use the gun. I will use it." As the teller was filling the bag with money, the robber informed her that she had a sick child and was desperate.

6. The robber then took the bag filled with money and exited the credit union. The robber was spotted hurrying across Hayward Street to a black, Jeep Wrangler, which was parked along the east side of the Therrien Roofing building on Union Street. The robber left in this vehicle heading in a southerly direction before turned east onto Harvard Street.

7. An audit by Members First Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration Board, indicated that $9,581.00 was taken during the robbery.

8. The demand note was recovered by the Manchester Police Department and has been processed by the State of New Hampshire Forensics Laboratory. The laboratory concluded that the demand note contained a fingerprint impression identified as belonging to Joan DiBartolo, *

9. The robber was described as follows:

| | |
|---|---|
| Race: | White |
| Sex: | Female |
| Age: | 30-50 |
| Height: | 5'2"-5'3" |
| Weight: | Heavy set |
| Hair: | Blonde (believed to be a wig) |
| Clothing: | Blue jeans, dark jacket, white sneakers, sunglasses |
| Other: | Raspy voice, yellow decayed teeth |

10. The description is consistent with Joan DiBartolo who is described as follows:

| | |
|---|---|
| Race: | White |
| Sex: | Female |
| Age: | 46 |
| Height: | 5'3" |
| Weight: | Approximately 200 pounds |
| Hair: | Brown |
| Eyes: | Brown |
| Other: | Raspy voice, discolored and decaying teeth |

11. Around the time of the arrest, a witness reported seeing a female on the west side of Union Street walking north toward Members First Credit Union adjusting a blonde wig as she was walking. It appeared unusual because she was using both hands to adjust the wig, as though she were adjusting a hat.

12. Another witness reported seeing a black, soft-top Jeep parked along Union Street (near the intersection with Hayward Street) and observed a white female inside who seemed to be adjusting her long, blonde hair. Another witness confirmed this observation and also added that they observed the female in the Jeep, exit the vehicle and walk toward the intersection of Union Street and Hayward Street. This witness described the female as carrying a black gym-bag and wearing a waist length black jacket with long, blonde hair.

13. A blonde wig was recovered shortly after the robbery on Maple Street, approximately 10 yards north of Hayward Street in an empty parking space along the east side of the street. The wig was sent to the State of New Hampshire Forensics Laboratory for analysis. Analysis by the laboratory concluded that the wig contained both male and female DNA. The DNA profile obtained from the wig is suitable for comparison purposes should a known sample be submitted to the laboratory for comparative analysis.

14. Lisa Mayo, reported that in November, 2005, Joan DiBartolo, her aunt, and Linda DiBartolo, her mother, visited her in Bridgeport, Connecticut, where Mayo was living at the time. Mayo indicated that during their visit, Joan DiBartolo and Linda DiBartolo seemed to be flashing a significant amount of money. Because they had so much money, Mayo jokingly asked them if they "rob[bed] a bank or something," to which they replied "if you only knew." Upon further questioning by Mayo, Joan DiBartolo told her the following details regarding the robbery.

15. Joan DiBartolo informed Mayo that she and Linda DiBartolo decided to rob a bank in Manchester, New Hampshire, on the day that a plane had crashed into the

Manchester Wal-Mart off South Willow Street. Joan and Linda DiBartolo drove to the bank in Linda's Jeep Wrangler the morning of the plane crash. Joan DiBartolo wore a blonde wig and had walked inside the bank and directly to the teller, reportedly informing the teller during the robbery that her kids needed the money. Once Joan DiBartolo had the money, she left the bank and entered the Jeep Wrangler before driving away in the Jeep with Linda DiBartolo. As they drove from the scene, they took the first left before throwing out the wig Joan wore during the robbery. Joan DiBartolo claimed to have taken $15,000 during the robbery.

16. After Lisa Mayo moved to Manchester, New Hampshire in 2005, Joan and Linda DiBartolo drove Mayo to the Members First Credit Union where they pointed the credit out as the "bank" they had robbed and also indicated where they had parked during the robbery. This area was described by Mayo as the west side of Union Street just south of Hayward Street, near the Therrien Roofing building.

17. Jennifer Costa reported on the day of the robbery, Joan DiBartolo, her aunt, and Joan's huband, Javier Ramos, arrived at her apartment in Manchester, New Hampshire. While there, a newscast covering the robbery came on television, at which time Joan DiBartolo claimed to have committed the robbery. Costa initially did not believe Joan had committed the robbery until later that evening when she watched a second newscast of the robbery that showed surveillance photos from the robbery. Once Costa saw the surveillance photos, she immediately recognized her aunt, Joan DiBartolo.

18. Joan DiBartolo provided Jennifer Costa the following explanation of how the robbery occurred. When Joan DiBartolo learned of the plane crash, she assumed all of

the police would be tied up at the crash site and it would be the perfect opportunity to rob a bank.  Joan wore a blonde wig she had from Holloween and went to the bank with Linda DiBartolo in Linda's black, Jeep Wrangler.  Costa remembered the wig Joan wore on Hollaween as being blonde and coming down below her shoulders.  Linda and Joan DiBartolo parked the Jeep across the street from the credit union.  Joan then entered the credit union, presented a note to the teller and informed her that her kid was very sick and was sorry for putting her through this.  Joan left the credit union with $10,000 and drove from the scene in the black Jeep Wrangler.

19.  The money was initially split evenly between Linda DiBartolo, Joan DiBartolo and Javier Ramos.  Ramos was arrested the next day for shoplifting, so Joan and Linda DiBartolo then split the money evenly between the two of them.

20.  Sheselle Galarza was interviewed by law enforcement officials and stated that she was at Costa's apartment on November 8, 2005, when Joan DiBartolo arrived, but did not remember Javier Ramos being with her.  Galarza confirmed hearing Joan claim to have robbed the credit union and went on to explain that she wore a wig and gave a note during the robbery.  Galarza claimed to have missed a part of the explanation and could not provide further details.

21.  During the course of the investigation, law enforcement learned that on June 6, 2005, Linda DiBartolo financed a 1997 Jeep Wrangler, Vehicle Identification Number [redacted], through Loan Max.  The co-signer on the loan was Joan DiBartolo.  The vehicle was repossessed by Recovery Solutions in Derry, New Hampshire on December 15, 2005.

22. On August 10, 2006, Joan DiBartolo arrived at the Manchester Police Department without enticement or invitation and requested to speak with Detective Dan Rivard. DiBartolo claimed that she showed up at the Manchester Police Department because she was tired of people asking about her and wanted the police to contact her directly if they had any questions. Joan DiBartolo was interviewed by Detective Rivard and I regarding the November 8, 2005, Members First Credit Union robbery at 200 Union Street, Manchester, New Hampshire. At the start of the interview, Joan DiBartolo produced a handwritten note which read, "Det. Dan; My name is JANE DIBARTOLO. I live at *[        ]. My phone #'s are *[        ] my cell #*[    ] You need to know something, you have questions, ASK ME!" It was signed "JOAN DIBARTOLO".

23. When confronted with the evidence of her fingerprints being found on the demand note, the surveillance photographs of her wearing a blonde wig during the robbery, and the similarities in handwriting of the demand note from the robbery and the note she brought to the interview, Joan DiBartolo asked how much time she was facing. She was informed that neither the investigating agent nor Detective Rivard were in a position to answer that question. Joan DiBartolo stated that she would come back tomorrow, August 11, 2006, at 11:00 a.m. and explain the details of the robbery fully, but that she needed to go home to speak with her husband and sister and to take care of her financial affairs. She explained that she would get paid tomorrow and needed to pick up her check.

24. Joan DiBartolo then stated that "no one else was involved. It was all me. I jumped in the Jeep and drove it off myself. The Jeep was running, and I entered on the

passenger side." When asked why she entered on the passenger side, Joan DiBartolo indicated that it was quicker to get inside, and since it was already running she simply drove off. Prior to leaving, Joan DiBartolo inquired as to whether her niece, Lisa M. Mayo, would receive anything for the information she provided. Joan stated that she knows that Mayo "called on me" and just wanted the cash. Joan said that Mayo had stated on the phone to her that "you're worth $25,000 to me."

25. Joan DiBartolo then ended the interview and confirmed that she intended to come in as promised to explain the events of the robbery fully. DiBartolo did not go back to the Manchester, New Hampshire, Police Department on August 11, 20006.

### III. Conclusion

26. Based on the information contained in this affidavit, I believe that there is probable cause to believe that Joan DiBartolo, [redacted], committed the crime of Bank Robbery in violation of Title 18, United States Code, Section 2113(a). I, therefore, ask the Honorable Court to issue an arrest warrant for Joan DiBartolo.

        Paul W. Brown
        Special Agent
        Federal Bureau of Investigation

Subscribed to and sworn before me this 18th day of August, 2006.

James R. Muirhead
United States District Court
Magistrate Judge